UNITED STATES DISTRICT COURT        c
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEMETRIUS T. FREEMAN,<br>Plaintiff | CASE NO. 1:16-CV-00751; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| M.D. CARVAJAL, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

### MEMORANDUM ORDER

Before the Court are Demetrius Terrell Freeman's ("Freeman") Motion for Evidentiary Hearing (Doc. 29) and Affidavit/Request for Entry of Default (Doc. 30).

Freeman requests an evidentiary hearing for the Court to take judicial notice of a classification sheet displaying his criminal history points, arrest warrants, and an alleged conspiracy between several people within the Southern District of Georgia to deprive him of his rights.

There is no basis for holding an evidentiary hearing at this time. The Court issued its Report and Recommendation (Doc. 12) on Freeman's Petition for Writ of Habeas Corpus and Motion for Injunctive Relief on June 29, 2016. The Court recommended that Freeman's habeas petition attacking his federal sentences be dismissed, as he did not meet the savings clause requirements, and thus, his claims were not properly brought under § 2241.

Freeman additionally requests an entry of default judgment and states that Defendants have failed to comply with the Court's Order of June 7, 2006. (Doc. 30).

That order pertains to the transfer of this action to this Court, and applies to counsel of record who are not presently admitted to practice before the Court.

"Default judgments are a drastic remedy, not favored by the Federal Rules and resorted to by courts only in extreme situations. . . . [T]hey are 'available only when the adversary process has been halted because of an essentially unresponsive party.'" Sun Bank of Ocala v. Pelican Homestead & Savings Ass'n, 874 F.2d 274, 276 (5th Cir. 1989). As Defendants have not defaulted and a Report and Recommendation has been issued (Doc. 12), entry of default judgment is not appropriate.

Accordingly, IT IS ORDERED that Freeman's Motion for Evidentiary Hearing (Doc. 29) and Affidavit/Request for Entry of Default (Doc. 30) are DENIED.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this 29th day of November, 2016.

Joseph H.L. Perez-Montes
United States Magistrate Judge