UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DEMETRIUS TERRELL FREEMAN | CIVIL ACTION NO. 1:16-CV-00751 |
| VERSUS | JUDGE TRIMBLE |
| M.D. CARVAJAL, WARDEN, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Freeman's § 2241 habeas petition (Doc. 1) is DENIED AND DISMISSED WITH PREJUDICE.

IT IS ALSO ORDERED that Freeman's motion for injunctive relief (Doc. 6) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 9th day of January, 2017.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE